IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § | | |
| § | Case No. 23-34264 | |
| KRISHAWN T. RACKLEY, § | | |
| § | | |
| Debtor(s) § | Chapter 7 | |

### DEBTOR'S AMENDED MOTION TO REOPEN CHAPTER 7 PROCEEDING PURSUANT TO 11 U.S.C. 350(b) TO ALLOW ENTRY OF THE CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE AND ORDER OF DISCHARGE

TO THE HONORABLE JUDGE OF THIS COURT:

Debtor, KRISHAWN T. RACKLEY, Debtor, and Debtors' Counsel, the RESOLVE LEGAL GROUP, on behalf of the Debtor, file this AMENDED MOTION TO REOPEN CHAPTER 7 PROCEEDING PURSUANT TO 11 U.S.C. §350(B) for the limited purpose of allowing entry of the Certificate of Completion of Financial Management Course (the "Certificate") and for issuance of an Order of Discharge after timely filing the Certificate (the "Motion").

### 21-DAY NEGATIVE NOTICE—LBR 9013-2(b)

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within _twenty-one (21) days_ of the date this motion was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.**

STATUTORY AUTHORITY

1.  This Motion is filed pursuant to 11 U.S.C. § 350(b) to seek leave of court to reopen this

case "to administer assets, to accord relief to the debtor, or other cause." (This Motion is not sought due to clerical error or omission by the Court.)

2.  In accordance with FED. R. CIV. P. 59(e), made applicable by FED. R. BANKR. P. 9023, this Motion is filed within fourteen (14) days from the date of entry of the Court's closing the above-referenced chapter 7 bankruptcy case without entry of an order of discharge. DKT. 32.

3.  This Motion is also filed in accordance with FED. R. BANKR. P. 5010, which governs motions to reopen cases.[1]

BACKGROUND

4.  Debtor filed a petition under Chapter 7 of Title 11 of the United States Bankruptcy Code on November 3, 2023. DKT. 1.

5.  On December 12, 2023, Debtor took the second post-filing online course, the personal financial management course from DEBT EDUCATION AND CERTIFICATION FOUNDATION ("DECAF"), an agency approved to provide the instructional course concerning personal financial management in the Southern District of Texas that complied with the provisions of 11 U.S.C. § 111. A true and correct copy of the Certificate is attached hereto as <u>Exhibit 1</u> and incorporated by reference herein.

6.  DECAF typically files the certificate of completion of a financial management course with the Court after a debtor takes and completes the course. However, in the instant case, DECAF failed to timely file the Certificate with the Court.

7.  On April 8, 2024, the Court closed the above-referenced case without entry of a discharge order for failure to file a financial management course certificate. DKT. 32. The last day to oppose

---

[1] The advisory committee notes for Rule 5010 reference Section 350(b) of the Code.

the discharge was April 5, 2025, and no party in interest filed any pleading or adversary proceeding opposing the entry of the Debtor's discharge. DKT. 22.

8. Debtor's Counsel immediately contacted the Debtor to request the Certificate, and the Debtor provided proof of timely taking the course. However, to the knowledge of Debtor's Counsel, the Certificate was not received by the law firm until after the case was closed by the Court.

### REQUESTED RELIEF

9. Debtor and Debtor's Counsel request that the Court reopen the above-referenced chapter 7 bankruptcy case for a limited purpose to grant the Debtor seven (7) days after entry of an order of the Court reopening this case within which to file a Certificate of Completion of Financial Management Course. If the Certificate is timely filed, then the Debtor requests that the Court issue an Order of Discharge.

10. This Motion is necessary to enable the Debtor to reopen the case, file the Certificate, and become eligible to obtain a discharge order in this bankruptcy case.

11. This Motion is not made for the purposes of delay, and to Debtor's Counsel's knowledge, no creditor will suffer any prejudice if Debtor's Motion is granted.

12. This Motion is filed in the best interest of the Debtors, the Debtors' bankruptcy estate, and in the interest of justice.

13. The applicable court filing fee for moving to reopen the case will be paid contemporaneously with the filing of this Motion.

### WITNESS AND EXHIBIT LIST

14. The following witnesses may be called by Debtors' Counsel:

   a. Debtor

    b. Stuart M. Price, attorney of record for Debtors and attorney at Resolve Legal Group

    c. Candace Arroyo, attorney at Resolve Legal Group

    d. Amy B. Ames, Attorney at Resolve Legal Group

    e. Debtor's Counsel requests that the Court take judicial notice of the docket report, pleadings, affidavits, petition, schedules, plan, and related documents on file with the Court in the above-referenced case.

15. Debtor's Counsel requests a telephonic hearing on the Motion, if permitted by the Court.

WHEREFORE, PREMISES CONSIDERED Debtor and Debtor's Counsel respectfully request the Court to grant the relief requested herein, and for such other relief that the Debtor may be justly entitled and the Court may grant.

Respectfully submitted,

THE PRICE LAW GROUP, A.P.C.
dba RESOLVE LAW GROUP

*/s/ Amy Bates Ames*
Stuart M. Price
CA Bar No. 150439
Amy Bates Ames
TX Bar No. 24025243
801 Travis Street, Suite 2101
Houston, TX 77002
Phone: (818) 995-4540
Fax: (818) 995-9277
Email: enotice@pricelawgroup.com

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on or before April 9, 2024, a true and correct copy of the foregoing Motion was served on the Office of the U.S. Trustee, the Chapter 7 Trustee, all attorneys and parties-in-interest who have requested notices, and on all parties in the attached mailing matrix.

      */s/ Amy Bates Ames*
      Amy Bates Ames

# EXHIBIT 1

Certificate Number: 03088-TXS-DE-038014372

Bankruptcy Case Number: 23-34264



03088-TXS-DE-038014372

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2023, at 12:05 o'clock PM CST, Krishawn T Rackley completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: December 12, 2023

By: /s/Ana Avalos

Name: Ana Avalos

Title: Counselor