**Miscellaneous:**

<u>23-34264 Krishawn Terrice Rackley</u> **Closed** 04/08/2024

| Type: bk | Chapter: 7 v | Office: 4 (Houston) |
| Assets: n | Debtor disposition: Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt | Judge: jpn |

### U.S. Bankruptcy Court

### Southern District of Texas

Notice of Electronic Filing

The following transaction was received from Amy B Ames entered on 4/9/2024 at 2:03 AM CDT and filed on 4/9/2024
**Case Name:**         Krishawn Terrice Rackley
**Case Number:**      23-34264
**WARNING: CASE CLOSED on 04/08/2024**
**Document Number:** 35

**Docket Text:**
Financial Management Course Certificate Filed (Filed By Krishawn Terrice Rackley ). (Ames, Amy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Krishawn Rackley - Fin Mgmt Course Certif..pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/9/2024] [FileNumber=50243822-0]
[2e562c67e1b11f467a6280f9b5cc3680962f1fd67ba598bd0dbbda906c3303864d67
da884431b6150702be9c0b776185931aba328d724d33e1071dc8e94f1993]]

**23-34264 Notice will be electronically mailed to:**

Amy B Ames on behalf of Debtor Krishawn Terrice Rackley
amy@resolvelawgroup.com,
enotice@pricelawgroup.com, platinum@resolvelawgroup.com, enotice@pricelawgroup.com, resolvelawgroup@jubileebk.net, r43354@notify.bestcase.com, onlymynotices@en

Eva S Engelhart
eengelhart@rossbanks.com, ee@trusteesolutions.net;christinevega@rossbanks.com

Stuart Michael Price on behalf of Debtor Krishawn Terrice Rackley
enotice@pricelawgroup.com, ResolveLawGroup@jubileebk.net;platinum@resolvelawgroup.com;enotice@pricelawgroup.com;r43354@notify.bestcase.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

**23-34264 Notice will not be electronically mailed to:**

Conn Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702