```
Label Matrix for local noticing      Conn Appliances, Inc.              4
0541-4                               c/o Becket and Lee LLP             United States Bankruptcy Court
Case 23-34264                        PO Box 3002                        PO Box 61010
Southern District of Texas           Malvern, PA 19355-0702             Houston, TX 77208-1010
Houston
Tue Apr  9 01:30:27 CDT 2024

Advance America                      Arrowhead advance                  (p)ASCEND LOANS
135 North Church St                  PO boX 231                         635 E STATE HWY 20 U
Spartanburg, SC 29306-5138           Batesland, SD 57716-0231           UPPER LAKE CA 95485-8793


Balance Credit                       Birch Lending                      Capital One
PO Box 4356 #1557                    Tolovana Financial DBA             Attn: Bankruptcy
Houston, TX 77210-4356               Po box 58020                       Po Box 30285
                                     Minto, AK 99758-0020               Salt Lake City, UT 84130-0285


Cash Net USA                         (p)JPMORGAN CHASE BANK  N A        Check 'n Go
175 W jackson Blvd Suite 1000        BANKRUPTCY MAIL INTAKE TEAM        Collections Department
Chicago, IL 60604-2863               700 KANSAS LANE FLOOR 01           4824 Socialville Foster R
                                     MONROE LA 71203-4774               Mason, OH 45040-6823


Conn's HomePlus                      Credit One Bank                    Dept Of Education/neln
2445 Technology Forest Boulevard     Attn: Bankruptcy Department        Po Box 82561
Building 4, Suite 800                6801 Cimarron Rd                   Lincoln, NE 68501-2561
The Woodlands, TX 77381-5258         Las Vegas, NV 89113-2273


First Investors Financial Services   Green Arrow Loans                  (p)JMG & ASSOCIATES LLC
3065 Akers Mill Rd SE Suite 700      PO BOX 170                         9217 S REDWOOD RD STE A
Atlanta, GA 30339-3124               Finley, CA 95435-0170              WEST JORDAN UT 84088-5827


(p)JEFFERSON CAPITAL SYSTEMS LLC     Kohls/Capital One                  Lvnv Funding/Resurgent Capital
PO BOX 7999                          Attn: Credit Administrator         Attn: Bankruptcy
SAINT CLOUD MN 56302-7999            Po Box 3043                        Po Box 10497
                                     Milwaukee, WI 53201-3043           Greenville, SC 29603-0497


Merrick Bank/CCHoldings              National Credit Adjusters, LLC     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Attn: Bankruptcy                     327 West 4th Avenue                PO BOX 41067
P.O. Box 9201                        Po Box 3023                        NORFOLK VA 23541-1067
Old Bethpage, NY 11804-9001          Hutchinson, KS 67504-3023


Power Finance Texas                  (p)SIMPLE FAST LOANS  INC          Tidal lending
8500 n Stemmons Freeway Suite 4040   ATTN ATTN LEGAL DEPARTMENT         4289 Tibs Avenue
Dallas, TX 75247-3809                8601 DUNWOODY PLACE SUITE 406      Scobey, MT 59263
                                     ATLANTA GA 30350-2550


US Trustee                           Uprova Loans                       Upstart Personal Loan
Office of the US Trustee             635 East Hwy 20 V                  Po Box 1503
515 Rusk Ave                         Upper Lake, CA 95485               San Carlos, CA 94070-7503
Ste 3516
Houston, TX 77002-2604
```

| | | |
|---|---|---|
| Vance & Huffman Llc<br>Attn: Bankruptcy<br>55 Monette Pkwy, Ste 100<br>Smithfield, VA 23430-2577 | Velocity Investments<br>15660 N Dallas Parkway Suite 360<br>Keller, TX 76248 | Eva S Engelhart<br>Ross Banks May Cron and Cavin PC<br>7700 San Felipe<br>Suite 550<br>Houston, TX 77063-1618 |
| Krishawn Terrice Rackley<br>15903 York Town Crossing Parkway<br>Apt 316<br>Houston, TX 77084-2676 | Stuart Michael Price<br>Resolve Law Group<br>801 Travis Street<br>Suite 2101<br>Houston, TX 77002-5730 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascend Loans<br>635 E State Hwy 20, U<br>Upper Lake, CA 95485 | Chase Bank<br>270 Park Avenue 31st Floor<br>New York, NY 10017 | JMG And Associates<br>9217 South Redwood Rd Suite A<br>West Jordan, UT 84084 |
| Jefferson Capital Systems, LLC<br>Attn: Bankruptcy<br>16 Mcleland Road<br>Saint Cloud, MN 56303 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Simple Fast Loans<br>8601 Dunwoody Place Suite 406<br>Atlanta, GA 30350 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Conn Appliances, Inc.<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     1<br>Total                  35 |