## U.S. Bankruptcy Court
## Southern District of Texas

Thank you. Your transaction in the amount of **$ 260.00** has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **A25200588**.

**Detail description:**
Motion to Reopen Chapter 7 Case( 23-34264) [motion,mreop7] ( 260.00)